1082

[No. 52778-9-I. Division One. October 27, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JADE LOPEZ-PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-01639-3, Edwin L. Poyfair, J., entered January 8, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 52779-7-I. Division One. October 27, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TAJHA ANN MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-02852-9, Kitty-Ann van Doorninck, J., entered October 25, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 29212-2-II. Division Two. October 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN DURANT GLASER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-01971-8, John F. Nichols, J., entered July 24, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.

[No. 29237-8-II. Division Two. October 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BRONSON LEONARD MAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-00516-9, Leonard W. Costello, J., entered September 5, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.